# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT FOLLANSBEE,**

    **Plaintiff,**

v.                                                        Case No:   6:13-cv-963-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on the appeal from a final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits (Doc. No. 1) filed on June 21, 2013.

The United States Magistrate Judge has submitted a report recommending that the Court reverse and remand the Commissioner's final decision.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 17, 2014 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits is REVERSED and the case REMANDED for further administrative proceedings.

3. The Clerk is directed to enter judgment accordingly and CLOSE the file.

      4. The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

      **DONE** and **ORDERED** in Orlando, Florida on July 8, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties