# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT FOLLANSBEE,**

      **Plaintiff,**

v.                                    Case No:   6:13-cv-963-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 28) filed on August 16, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 18, 2014 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees is hereby GRANTED. The amount of $3,551.86 shall be paid out of the judgment fund and to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2014.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record